**Dismissed and Memorandum Opinion filed August 22, 2024**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00526-CR

---

### BOLANLE FADAIRO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 482nd District Court
Harris County, Texas
Trial Court Cause No. 1787886**

---

## MEMORANDUM OPINION

Appellant entered a guilty plea to murder. *See* Tex. Penal Code § 19.02. In accordance with the terms of a plea bargain agreement with the State, the trial court assessed punishment at confinement for sixty years in the Institutional Division of the Texas Department of Criminal Justice. We dismiss the appeal.

The trial court signed a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is

included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). On July 23, 2024, this court notified the parties that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. No response has been received.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.
Do Not Publish — Tex. R. App. P. 47.2(b)